# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alison Mayfield, | **NO. CV-22-02205-PHX-JAT** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| City of Mesa, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed October 25, 2023, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

October 25, 2023

By   s/ Cindy Lett
     Deputy Clerk